**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**Oakland Division**

| | |
|---|---|
| Patrick Collins, Inc., | **No. C 10-5886 LB** |
| Plaintiff(s), | |
| v. | **Clerk's Notice** |
| Does 1-3757, | |
| Defendant(s), / | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled to **April 14, 2011** at **10:30 a.m.** before the Honorable Laurel Beeler.  The previous set hearing before **Magistrate Judge Laurel Beeler** on **April 14, 2011** at **1:30 p.m.** is **VACATED**.

Please report to courtroom 4, on the 3rd floor, U.S. Courthouse, 1301 Clay Street, Oakland, CA 94612.

Dated: March 15, 2011                                                FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
        Lashanda Scott
        Courtroom Deputy