Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:	310-435-7656
Fax:	310-657-2187

Attorney for Plaintiff Patrick Collins, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Oakland Division

| | |
|---|---|
| Patrick Collins, Inc., a California corporation,<br><br>                              Plaintiff,<br><br>                v.<br><br>DOES 1-3757,<br><br>                              Defendants. | **CASE NO. CV 10-05886 LB**<br><br>**PLAINTIFF'S REQUEST FOR ORDER VACATING CASE MANAGEMENT CONFERENCE , OR, IN THE ALTERNATIVE, FOR A TELEPHONIC CONFERENCE**<br><br>**JUDGE:  Laurel Beeler,** United States Magistrate Judge<br>**Date:** April 14, 2011<br>**Time:**  10:30 a.m. PDT |

This matter is scheduled for a case management conference ("CMC") on April 14, 2011. However, because all defendants are Doe defendants who are Internet service subscribers whose true identities are currently known only to their Internet service providers ("ISPs"), no defendant has yet been served.  So, there are currently no identified defendants with whom to hold conferences.  The Court is asked to take notice of the fact that the semi-anonymity available from the Internet allows copyright "pirates" to enjoy the fruits of their piracy while forestalling litigation against them for their infringements.

On April 13, 2011, Plaintiff filed an Ex Parte Application for Leave to Take Limited Discovery Prior to a Rule 26 Conference.  The Application essentially seeks leave to serve subpoenas on ISPs that require them to disclose subscribers whose accounts were used in

1  connection with copyright infringements from specific Internet Protocol (IP) addresses at
2  particular dates and times.
3      Depending upon the speed with which ISPs can respond to subpoenas (various ISPs have
4  indicated different capabilities with respect to the speed with which they can completely respond
5  to subpoenas), the requested preliminary discovery will take several months.
6      In view of the foregoing, Plaintiff requests that the scheduled CMC be vacated and that,
7  instead, Plaintiff be required to submit a status report by the 150th day following the date that the
8  Court rules on the pending Ex Parte Application.
9      In the alternative, Plaintiff requests that the CMC be held telephonically.  The
10 undersigned would attend.  His land line telephone number, at which he will be available
11 tomorrow at 10:30 a.m. if the CMC is held telephonically is
12     Land Line Tel:  **310-657-2176**.
13 The undersigned can always be reached at his business telephone number **310-435-7656**.
14     Plaintiff thanks the Court in advance for its consideration.

15     Respectfully submitted,

17 Date:  April 13, 2011

Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:    310-435-7656
Fax:   310-657-2187

Attorney for Plaintiff Patrick Collins, Inc

Plaintiff's Request for Order Vacating Case Management   2
Conference , or, in the Alternative, for a
Telephonic Conference - CV 10-05886 LB