UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PATRICK COLLINS INC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DOES 1-3757,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-05886 LB<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[ECF No. 9] |

Plaintiff Patrick Collins, Inc. filed a motion requesting that the court vacate the case management conference scheduled for April 14, 2011. ECF No. 9. Since no defendants have appeared, the court **VACATES** the case management conference scheduled for April 14, 2011, and **RESETS** it to June 9, 2011, at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: April 13, 2011

_____
LAUREL BEELER
United States Magistrate Judge