UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PATRICK COLLINS INC,<br><br>　　　　Plaintiff,<br>　v.<br>DOES 1-3757,<br>　　　　Defendants.<br>_____/ | No. C 10-05886 LB<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Plaintiff Patrick Collins, Inc. filed its complaint on December 27, 2010. ECF No. 1. Rule 4(m) of the Federal Rules of Civil Procedure requires a plaintiff to serve a defendant within 120 days after it files the complaint. On May 10, 2011, with no proof of service having been filed, the court issued an order directing Plaintiff to show cause why the case should not be dismissed for failure to serve the defendants. ECF No. 11. On May 23, 2011, Plaintiff filed a response. ECF No. 12. The following day, Plaintiff filed a motion to enlarge time to serve. ECF No. 14. The court has Plaintiff's submissions under consideration. The court **VACATES** the case management conference scheduled for June 9, 2011 and will reschedule it after determining the pending issues.

**IT IS SO ORDERED.**

Dated: June 6, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-05886 LB
ORDER VACATING CMC